should be conveyed. Even if these words were intended to mean what plaintiffs now assert, there was no meeting of the minds in connection with the details of the building to be erected as a gasoline station. It clearly appears that plaintiffs were unwilling to take the conveyance of the premises without the gasoline station. Defendant Powers having asserted his willingness to repay the plaintiffs the amount of the deposit, the recovery is limited to that amount. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and appropriate conclusions will be made. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ. Settle order on notice.

BURKE STONE, INC., Respondent, v. JOSEPH J. CREAMER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

STURGES MULTIPLE BATTERY CORPORATION, Respondent, v. RUFUS A. PRESCOTT and Others, Appellants.— Order denying motion to compel plaintiff to serve a further amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

EDWARD WEINGARD, Respondent, v. PUTNAM THEATRICAL CORPORATION, Appellant.— Judgment reversed upon the law and new trial granted, costs to appellant to abide the event, upon authority of *Weingard* v. *Putnam Theatrical Corporation (post,* p. 808), decided herewith. Lazansky, P. J., Young, Hagarty and Seeger, JJ., concur; Carswell, J., dissents and votes for reversal and a dismissal of the complaint.

ROSE WEINGARD, Respondent, v. PUTNAM THEATRICAL CORPORATION, Appellant. — Judgment reversed upon the law and new trial granted, costs to appellant to abide the event. The trial court improperly charged the jury that defendant was liable if the carpet was torn and the plaintiff caught her foot in it and fell for that reason. Liability could not be imposed upon defendant unless it was also shown that this condition of the carpet was known to defendant, or had existed for such a length of time that defendant should have known of it, or was of such a nature that it must have existed for such a length of time as to give it notice. Lazansky, P. J., Young, Hagarty and Seeger, JJ., concur; Carswell, J., dissents and votes for reversal and a dismissal of the complaint.

HARRY ZIMMERMAN and BELLA ZIMMERMAN, Appellants, v. FALK GREENBERG and FIRST CLASS LAUNDRY SERVICE, INC., Respondents, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Carswell and Scudder, JJ.

LEONARD DAVIDSON & Co., INC., and Others, Copartners, Respondents, v. LITTLEMORE CORPORATION, Appellant.— Application denied, with ten dollars costs.

JOSEPH B. PRICE and PHILIP BALSAM, Respondents, v. FANNIE SHUTER and CHARLES SHUTER, Appellants.— Application denied, with ten dollars costs.

ALEGI & LORING, INC., Respondent, v. HARRISON WESTCHESTER CONSTRUCTION Co., INC., and GLOBE INDEMNITY COMPANY, Appellants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

HENRY W. ALLEN, Respondent, v. MAURICE W. BACON, Appellant, and MONTIZONA COPPER COMPANY, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

THE BANK OF AMERICA, Respondent, v. P. J. TIERNEY SONS, INC., Appellant,

and Others, Defendants. (Action No. 1.) — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

THE BANK OF AMERICA, Respondent, v. P. J. TIERNEY SONS, INC., Appellant, and Others, Defendants. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

JAMES S. BARRON, Respondent, v. SHARE AND DEBENTURE CORPORATION and Others, Defendants. CLARENCE S. DAME, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

LOUIS BIRNHAK, Respondent, v. ABRAHAM RUBINSTEIN, Appellant. FANNIE FEINER and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

CHARLES BURSTON, Appellant, v. AINSWORTH CONSTRUCTION CORPORATION and Others, Defendants. JEROME LAKE, Respondent.— Motion to add appeal to the January term calendar granted. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

RAFAEL CASTRO, Respondent, v. NEW YORK RAILWAYS CORPORATION and D. M. P. OPERATING COMPANY, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

JAMES CONDY, Respondent, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

FISH & MARVIN, Respondent, v. LOUIS GARCIA CAAMANO, Otherwise Known as LUIS GARCIA CAAMANO, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

DELIA GALLOWAY, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

LOUIS GREENBERG, Respondent, v. DORA GREENBERG, Appellant.— Motion for stay of trial denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

JULIETTE HARRIS, Respondent, v. HERMAN RAMAN, Appellant. WILLIAM WEISGERBER and LEWIS WEISGERBER, Defendants.— Motion to add appeal to January calendar granted. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Located on the Southerly Side of Avenue X, between West Street and East First Street, in the Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes, According to Law.— Motion of Bowlee Realty